AO 245B (rev. 3/95) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED** |
| v. | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Offenses Committed On or After November 1, 1997) |
| Juan Manuel Flores-Vasquez | **Case Number: 09-2543 MJ** |
| | <u>Anthony White, Appointed</u> |
| | Defendant' Attorney |

**THE DEFENDANT:**

☒   pleaded guilty to count(s) <u>          Information          </u>

☐   pleaded nolo contendere to count(s) <u>                    </u>
    which was accepted by the court.

☐   was found guilty on counts(s) <u>                    </u>
    after a plea of not guilty.

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 8:1325(a)(1) | Illegal Entry Without Inspection | 8/29/09 | One |

**The Defendant waived a presentence investigation and the Court finds that there is sufficient information in the record to enable the Court to exercise sentencing discretion without a presentence report.**

**Upon the government's oral motion to remit the payment of the Special Assessment, such assessment is hereby ordered remittted.**

The defendant is sentenced as provided in pages <u>2</u> of this judgment.

☐   The defendant has been found not guilty on count(s) <u>                    </u>

☐   Count(s) <u>          </u> (is)(are) dismissed on the motion of the United States.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | 9/25/09 |
| Defendant's Date of Birth: | */s/ William P. Lynch* |
| Defendant's USM No.: 51752-051 | Signature of Judicial Officer |
| Defendant's Residence Address: | |
| | WILLIAM P. LYNCH |
| | U. S. Magistrate Judge |
| | Name & Title of Judicial Officer |
| Defendant's Mailing Address: | |
| Same as above | |
| | 9/30/09 |
| | Date |

**DEFENDANT:**     Juan Manuel Flores-Vasquez
**CASE NUMBER:**   09-2543 MJ

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of prisons to be imprisoned for a total term of   **Twenty-eight (28)  day(s) or time served, whichever is less**   .

**It is further ordered that the defendant shall be given credit for any time spent in official detention in connection with this case, pursuant to 18 U.S.C. 3585.**

**As this is a Class B misdemeanor conviction, the sentencing guidelines do not apply.**

**Within ten (10) days of the entry of the judgment, you have the right to appeal the final sentence of this Court.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____ a.m./p.m. on _____ .

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____ .

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal